# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERNESTO NAVA, <br><br> Petitioner, <br><br> v. <br><br> DAVID BAUGHMAN, Warden, <br><br> Respondent. | Case No. CV 16-5109 MRW <br> **JUDGMENT** |

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

Dated: May 9, 2017

_____
HON. MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE